UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCY WELLINGTON,<br><br>                                Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                Defendants. | Case No. 1:24-cv-08743 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Pursuant to the Court's order of service, which included a *Valentin* Order, the deadline for the New York City Law Department to provide information about the identity and badge number of each John Doe who Plaintiff seeks to sue and the address where the defendant may be served was March 8, 2025. Dkt. 6 at 4-5. That date has passed without the Law Department providing that information or otherwise communicating with the Court. Therefore, on or before March 17, 2025, the New York City Law Department shall comply with the *Valentin* Order referenced above, *see* Dkt. 6. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on the docket.

Dated: March 10, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge