UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCY WELLINGTON,

                          Plaintiff,

          -against-

THE CITY OF NEW YORK et al.,

                          Defendants.

Case No. 1:24-cv-08743 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

The docket reflects that Defendant City of New York was served on April 2, 2025 and has been mailed copies of the Court's *Valentin* Order and subsequent order directing compliance.  Dkt. 14.  The Court has previously directed the City to comply with its *Valentin* Order dated November 13, 2024, *see* Dkts. 6, 12, and the City has not done so.  The City is again directed to comply with the *Valentin* Order referenced above by **May 8, 2025**.  The Clerk of Court is respectfully directed (1) to mail this Order to the New York City Law Department, 100 Church Street, New York, NY 10007, (2) to email it to serviceECF@law.nyc.gov, and (3) to mail a copy of the order to Plaintiff at the address listed on the docket.

Dated:  April 25, 2025
        New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge

1