UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCY WELLINGTON,<br><br>       Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK et al.,<br><br>       Defendants. | Case No. 1:24-cv-08743 (JLR)<br><br>**ORDER OF SERVICE** |

JENNIFER L. ROCHON, United States District Judge:

On July 9, 2025, Plaintiff Mercy Wellington ("Plaintiff") filed an Amended Complaint. Dkt. 37. In her Amended Complaint, Plaintiff names one new defendant, Rustam Mukhutdinov. *Id.* Defendant Mukhutdinov has designated the NYPD to accept service on his behalf, and he may be served at 1 Police Plaza, Room 110A, New York, NY 10038. Dkt. 33.

The Clerk of Court is directed to issue an Amended Summons as to Defendant Mukhutdinov, and the Clerk of Court is respectfully directed to complete the USM-285 forms with the address for Defendant Mukhutdinov, and deliver all documents necessary to effect service to the U.S. Marshals Service. If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The summonses served on Defendants Fontaine and Jackson were returned unexecuted on April 29, 2025. Dkts. 20, 21. On May 7, 2025, the City provided corrected addresses for Defendants Fontaine and Jackson. Dkt. 24. The Clerk of Court is also respectfully directed to complete USM-285 forms with the corrected addresses for these Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: July 22, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge