UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCY WELLINGTON,<br><br>        Plaintiff,<br><br>   -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>        Defendants. | Case No. 1:24-cv-08743 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of *pro se* Plaintiff Mercy Wellington's motion requesting an extension of time to file her response to Defendants' motion to dismiss. Dkts. 51, 52.

  Plaintiff seeks this extension in part so that she can "obtain relevant evidentiary information necessary to properly address and support the matters at issue in this case." Dkt. 52 at 2. The Court will schedule an initial pretrial conference by separate order where discovery can be addressed.

  Plaintiff also seeks the extension of time because Defendant Lieutenant Darryl E. Fontaine has not been served with the Summons and Amended Complaint. Dkt. 52 at 2. The Court previously directed the Clerk of Court to issue an Amended Summons as to Defendant Fontaine, as well as Defendant Rawsan A. Jackson, using the corrected address provided by the City. Dkt 40; *see* Dkt. 24 (corrected addresses for Defendants Fontaine and Jackson). It appears that those Defendants were not served.

  The corrected address for Defendant Fontaine is: New York City Police Department, 17th Precinct Detective Squad, 167 East 51st Street, New York, NY 10022. Dkt. 24 at 2.

  The corrected address for Defendant Jackson is: New York City Police Department, Queens Court Section, 120-55 Queens Boulevard, Queens, NY, 11415. Dkt. 24 at 2.

The Clerk of Court is respectfully directed to complete USM-285 forms with the corrected addresses for these Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

Plaintiff does not specify how long of an extension she seeks. Dkts. 51, 52. The parties already agreed to a briefing schedule that permitted Plaintiff a month to prepare her opposition. *See* Dkt. 39. The Court will extend the deadlines set forth in the briefing schedule by an additional two weeks. Plaintiff's opposition shall be due **October 7, 2025**. The deadline for Defendants' reply, if any, is extended to **October 21, 2025**.

Dated: September 11, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge