UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCY WELLINGTON,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                              Defendants. | Case No. 1:24-cv-08743 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       The Court is in receipt of NYPD Defendants' request to stay discovery, adjourn the initial pretrial conference, and adjourn the deadlines for the parties to submit their joint letter and proposed Civil Case Management Plan.  Dkt. 55.  Plaintiff is directed to provide a response to this motion in a letter not to exceed three (3) pages by **September 23, 2025**.

Dated: September 18, 2025
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge