UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY WELLINGTON,

                Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

Case No. 1:24-cv-08743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Defendants are HEREBY ORDERED to respond Plaintiff's motion for alternative service at Dkt. 70 by **November 18, 2025**.

Dated: November 12, 2025
         New York, New York

                                          SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge