UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY WELLINGTON,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

Case No. 1:24-cv-08743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On November 7, 2025, Plaintiff filed a letter motion requesting the Court to direct the United States Marshals to reattempt service on Defendants Rawsan A. Jackson and Lt. Darryl E. Fontaine, or authorize alternative service pursuant to Federal Rule of Civil Procedure 4. Dkt. 70. Defendants responded on November 18, 2025, confirming that Defendants Jackson and Fontaine have been properly served with the Amended Complaint. Dkt. 75. Given that Defendants have confirmed service and are represented by counsel, *see* Dkts. 42, 68, the Court finds that Plaintiff's motion is MOOT.

Dated: November 19, 2025
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*

                                                JENNIFER L. ROCHON
                                                United States District Judge