UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY WELLINGTON,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

Case No. 1:24-cv-08743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given the upcoming motion to dismiss that will be filed by the remaining Defendant, Lt.

Darryl E. Fontaine on January 29, 2026, Dkt. 79, this matter shall be STAYED to permit the

Court to decide that motion concurrently with the present motion to dismiss filed by the

remaining Defendants.

Dated: January 22, 2026
New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge