

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Phone: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

January 29, 2026

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED.  Defendant Fontaine's deadline to serve and file his motion to dismiss is extended to **February 5, 2026**; Plaintiffs' deadline to serve and file her opposition is extended to **March 9, 2026**; and Defendants deadline to serve and file his reply is extended to **March 23, 2026**.

Date:    January 30, 2026
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    Mercy Wellington v. City of New York et. al.,
       24 Civ. 8743 (JLR)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants Rawsan Jackson, Kyle LaGuardia, Kelvin Villegasalmazo, Darryl Fontaine and Rustam Mukhutdinov in the above-referenced matter. The undersigned writes to respectfully request a one (1) week extension of time, from January 29, 2026 to February 5, 2026, for defendant Darryl Fontaine to serve and file his motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This is the first request of this kind. Plaintiff pro se, Mercy Wellington indicated to the undersigned that she does not consent to this request because she does not agree with extensions being granted.

      As the Court is aware, on December 16, 2025, the Court endorsed the proposed briefing schedule for defendant Fontaine's motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and set defendant Fontaine's "deadline to serve and file his motion to dismiss [by] January 29, 2026; Plaintiff's deadline to serve and file her opposition is February 28, 2026; and Defendant Fontaine's deadline to serve and file his reply is March 14, 2026." ECF No. 79.

      The reason for the instant request is due to a number of unanticipated pressing deadlines in other matter the undersigned is currently handling as well as technical issues that the undersigned faced during the period of inclement weather this past week, additional time is needed to finalize defendant Fontaine's moving papers. The undersigned sincerely apologizes for not submitting this request for an extension of time earlier in accordance with Your Honor's Individual

Rules of Practice. Should the Court be inclined to grant this request, the undersigned respectfully submits the following proposed amended briefing schedule:

- February 5, 2026: Deadline for defendant Fontaine to serve and file his motion to dismiss;
- March 9, 2026: Deadline for plaintiff to serve and file her opposition;
- March 23, 2026: Deadline for defendant Fontaine to serve and file his reply.

For the foregoing reasons, the undersigned respectfully requests a one (1) week extension of time to file and serve defendant Fontaine's motion to dismiss the Amended Complaint, from January 29, 2026 to February 5, 2026.

Thank you for your time and consideration herein.

Respectfully submitted,

/s/ *Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **BY ECF**[1]
Mercy Wellington
*Plaintiff pro se*

Kari Indusi, Esq.
*Counsel for Defendants City of New York*
*Perry Perlmutter, Angela Mortimer, and Lynn Gore*

---

[1] Plaintiff has consented to receive electronic service via the ECF system. See ECF No. 50.